**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| EQT PRODUCTION COMPANY, | : | No. 432 WAL 2015 |
| | : | |
| Respondent | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| ROBERT M. BOCHTER, II; MATTHEW | : | |
| PASQUINELLI; VENTURE ENERGY | : | |
| SOLUTIONS, LLC; AND CONFLUENCE | : | |
| ENERGY CONSULTANTS, LLC, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.